STATE OF CONNECTICUT *v.* ALCIDE LEMIEUX
(14407)

Lavery, Schaller and Stoughton, Js.

Argued February 21—decision released March 12, 1996

*M. Donald Cardwell,* for the appellant (defendant).

*Leon F. Dalbec, Jr.,* assistant state's attorney, with whom, on the brief, were *James E. Thomas,* state's attorney, and *Mark Brodsky,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.